to appeal granted and motion for reargument denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

COMMONWEALTH TRUST COMPANY OF PITTSBURGH v. FRANK B. HALL & COMPANY, INC.— Motion denied, with ten dollars costs. Motion for stay denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARGARET RIMMER and Others, as Administrators, etc., v. NEW YORK TELEPHONE COMPANY.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL BRODY v. GLOBE LEAF TOBACCO COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL BRODY v. GLOBE LEAF TOBACCO COMPANY.— Motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of RED CROSS LINE v. ATLANTIC FRUIT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of RED CROSS LINE v. ATLANTIC FRUIT COMPANY.— Motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WALTER T. MENKE v. GEORGE C. SIMONS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WALTER T. MENKE v. GEORGE C. SIMONS.— Motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC v. JACQUES R. CIBRARIO and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC v. JACQUES R. CIBRARIO and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NELLIE KELSEY v. ANNA K. BARBEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE RAPHAEL v. JULIA RAPHAEL.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ISABEL B. DE ROJAS v. ELIAS ROJAS.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of CHARLOTTE BOIT v. EMANUEL FIDUCIA.— Motion to dismiss appeal granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE CAROCOPOS, INC., v. JAMES CHIEVES & COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAM STERN v. WILLIAM M. BARRETT, as President, etc.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

URCIE DERMER v. WILLIAM M. BARRETT, as President, etc.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS BURKE, an Infant, etc., v. NEW YORK TELEPHONE COMPANY.— Applica-